**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Sandra Hanian (Cal. Bar No. 305983)
shanian@jenner.com
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (Applying *Pro Hac Vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendants
The Clorox Company and
The Burt's Bees Products Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CESARINI on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CLOROX COMPANY and THE BURT'S BEES PRODUCTS COMPANY<br><br>Defendants. | Case No. 4:18-cv-00208-HSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

# **ORDER**

Before the Court is Plaintiff Michael Cesarini and Defendants The Clorox Company and The Burt's Bees Products Company's Stipulation and Request to Continue Case Management Conference. With good cause appearing therefor, the Court hereby GRANTS the Parties' request and HEREBY ORDERS that the Case Management Conference be continued to May 15, 2018 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 3, 2018          By: _____
                                   Honorable Haywood S. Gilliam, Jr.
                                   United States District Judge